UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

BANC OF AMERICA CORPORATION,

        Plaintiff,

  -v-                                            No. 09 Civ. 4561 (LTS)

JOHN P. EMERT,

        Defendant.

-------------------------------------------------------x



### ORDER

        In light of defendant John P. Emert's status as a *pro se* litigant, the Court hereby orders that this case shall no longer be designated an ECF (Electronic Case Filing) case. The Clerk of Court is respectfully requested to remove the ECF designation on this case. The parties are directed to file and serve and all future submissions in this action in hard copy. Mr. Emert may contact the *Pro Se* Office of the Court for procedural assistance.

        SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge